**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARK SPAIGHT**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 4:24-CV-00302-BSM**

**UNION PACIFIC RAILROAD COMPANY**                              **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE